**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7185**

———————

ALAN BEAVER WAY,

            Petitioner - Appellant,

      v.

TERRY O'BRIEN, Warden,

            Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:07-cv-00355-GEC)

———————

Submitted:  February 28, 2008          Decided:  March 5, 2008

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alan Beaver Way, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alan Beaver Way, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant Way's motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Way v. O'Brien</u>, No. 7:07-cv-00355-GEC (W.D. Va. filed Aug. 2; entered Aug 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>